IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LANDON CHANDLER**                                                                                   **PLAINTIFF**

v.                          Case No.  3:14-cv-00050 KGB

**CITY OF OSCEOLA, et al.**                                                                   **DEFENDANTS**

## ORDER

On June 23, 2014, the Court entered an Order giving notice to plaintiff Landon Chandler that the Court would dismiss this action unless he notified the Clerk of Court of his new address within 14 days of the date of that Order.  The Court warned Mr. Chandler that failure to comply with the Court's Order could result in the dismissal of his complaint without prejudice.  Mr. Chandler has not notified the Clerk of Court of his new address or made any other filing of record since the Court entered that Order.  Therefore, Mr. Chandler's complaint is dismissed without prejudice.

SO ORDERED this the 4th day of August, 2014.

*[signature]*

Kristine G. Baker
United States District Judge